UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA VELIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | CASE NO. C15-0773JLR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

## I.   INTRODUCTION

This matter comes before the court on the report and recommendation of United States Magistrate Judge David W. Christel (R&R (Dkt. # 16)), regarding a stipulated motion for remand (Stip. Mot. (Dkt # 15)). Having carefully reviewed all of the foregoing, along with all other relevant documents and the governing law, the court ADOPTS the report and recommendation (Dkt. # 16), REVERSES the ALJ's decision, and REMANDS the case to the administrative law judge ("ALJ") for a *de novo* hearing and new decision.

ORDER- 1

## II. STANDARD OF REVIEW AND ANALYSIS

A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id.* "[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). When no objections are filed, the court need not review de novo the report and recommendation. *Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). The parties stipulated to the motion on which Judge Christel issued his report and recommendation, which recommends the requested relief. (*Compare* Mot. at 1-2 *with* R&R at 1-2.) There are therefore no objections to the report and recommendation, and the court adopts it in full.

## IV. CONCLUSION

The court hereby ADOPTS the report and recommendation (Dkt. # 15) in its entirety, REVERSES the ALJ's decision, and REMANDS the case to the ALJ to take the steps described in the report and recommendation. The court will consider Plaintiff's application for attorney's fees following proper presentation. (*See* R&R at 2.)

Dated this 22nd day of October, 2015.

JAMES L. ROBART
United States District Judge

ORDER- 2